**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VICKEY BARDO,

    Plaintiff,                                  CASE NO.:    8:17-cv-03119-RAL-TGW

v.

CITIBANK, N.A.,

    Defendant.
_____/

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COME NOW**, Plaintiff, **VICKEY BARDO** ("Plaintiff"), and Defendant, **CITIBANK, N.A.** ("Defendant"), by and through the undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that Plaintiff's cause against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this **May 7, 2018**,

| | |
|---|---|
| */s/ Kaelyn Steinkraus* | /s/ *Sadie Craig* |
| Kaelyn Steinkraus, Esq. | Sadie Craig, Esq. |
| Florida Bar No. 125132 | Florida Bar No. 99359 |
| Michael A. Ziegler, Esq. | Akerman, LLP |
| Florida Bar No. 74864 | 401 E. Jackson Street, Ste. 1700 |
| Law Office of Michael A. Ziegler, P.L. | Tampa, FL 33602-5250 |
| 13575 58th Street North, Ste. 129 | (p) (813) 223-7333 |
| Clearwater, FL 33760 | (f) (813) 223-2837 |
| (p) (727) 538-4188 | Sadie.craig@akerman.com |
| (f) (727) 362-4778 | caren.collier@akerman.com |
| mike@zieglerlawoffice.com | *Attorney for Defendant Citibank, N.A.* |
| kaelyn@zieglerlawoffice.com | |
| *Attorneys for Plaintiff* | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this **07**[th] day of **May, 2018**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132